**24**

■

Sam BENSON and Betty Benson, Appellants,

v.

COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Jerry W. Nall, Nall & Stephens, Owensboro, for appellants.

George R. Stigger III, Perdue & Stigger, Henderson, James D. Robinson, Acting Gen. Counsel, Carl Miller, Jr., Gen. Counsel, William E. Deaton, Dept. of Highways, Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

■

COMMONWEALTH of Kentucky, DEPARTMENT OF TRANSPORTATION, Petitioner,

v.

Hollie CONLEY, Judge, Floyd Circuit Court, Respondent.

Court of Appeals of Kentucky.

May 17, 1974.

Jim D. Robinson, Perry M. Lewis, Frankfort, for petitioner.

Jarvis Allen, Prestonsburg, for respondent.

Memorandum Opinion of the Court by Commissioner VANCE, Denying Prohibition.*

■

William Billy COLEMAN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Thomas R. Emerson, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

■

James Leonard CRAWFORD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

May 17, 1974.

Anthony M. Wilhoit, William C. Ayer, Jr., Frankfort, for appellant.

Ed W. Hancock, George Geoghegan, III, Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.